AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| TERRI PEPPER <br> *Plaintiff* <br> v. <br> LIFE PROTECT 24/7, INC. d/b/a LIFE PROTECT 24/7, <br> *Defendant* | Civil Action No. 4:20-cv-02154 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LIFE PROTECT 24/7, INC. d/b/a LIFE PROTECT 24/7
3509 Virginia Beach Boulevard
Virginia Beach VA 23452-4421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: June 19, 2020

*s/ Jacqueline Mata*
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Texas

Case Number: 4:20-CV-02154

Plaintiff:
**Pepper, Terri**

vs.

Defendant:
**Life Protect 24/7, Inc; et al**

For:
Kimmel & Silverman
30 East Butler Pike
Ambler, PA 19002

Received by Cavalier CPS to be served on **Life Protect 24/7, Registered Agent: Mark E. Slaughter, 440 Monticello Avenue, #2200, Norfolk, VA 23510**.

I, Jada Douglas, do hereby affirm that on the **2nd day of July, 2020** at **1:42 pm**, I:

Served Summons & Complaint; Civil Cover Sheet; Certificate of Interested Persons; Order for Conference and Disclosure of Interested Parties; Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure personally to Mark E. Slaughter as registered agent of Life Protect 24/7. Service occurred at 440 Monticello Avenue, # 2200, Norfolk, VA 23510.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____ 07/02/2020
Jada Douglas

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020005631

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k