**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TERRY PEPPER, <br><br>         Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., d/b/a <br> LIFE PROTECT 24/7, <br><br>         Defendant. | Case No.: 4:20-cv-02154 |

**ORDER ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On this day, this Court considered Defendant Life Protect 24/7, Inc. d/b/a Life Protect 24/7's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support (the "Motion"). Having reviewed the Motion, any response, any reply, and the pleadings, this Court finds that the Motion should be GRANTED. It is, therefore:

ORDERED that all of Plaintiff Terry Pepper's claims against Defendant Life Protect 24/7, Inc. d/b/a Life Protect 24/7 are dismissed with prejudice.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE KENNETH M. HOYT