United States District Court
Southern District of Texas
**ENTERED**
September 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRI PEPPER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-02154 |
| § | |
| LIFE PROTECT 24/7, INC. d/b/a LIFE § | |
| PROTECT 24/7, § | |
| § | |
| Defendant. § | |

**ORDER GRANTING JOINT MOTION TO AMEND AND MODIFY THE ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES DEADLINES**

This matter comes before the Court on the joint motion to amend and modify the order for conference and disclosure of interested parties (Dkt. No. 5). The Court, having reviewed the parties' joint request and being otherwise fully advised in the matter, hereby GRANTS the joint motion and ORDERS the current setting for the Conference is VACATED and reset as detailed below.

- Joint Discovery/Case Management Plan is due on or before October 19, 2020

- Telephonic Scheduling Conference is reset for October 29, 2020 at 9:00 a.m.

It is so ORDERED.

SIGNED on this 24th day of September, 2020.

Kenneth M. Hoyt
United States District Judge