United States District Court
Southern District of Texas
**ENTERED**
December 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRI PEPPER, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-02154 |
| § | |
| LIFE PROTECT 24/7, INC. d/b/a LIFE § PROTECT 24/7, § § | |
| Defendant. § | |

## ORDER

On December 22, 2020, the plaintiff, Terri Pepper and the defendant, Life Protect 24/7, Inc., d/b/a Life Protect 24/7 filed an joint motion for extension of time for parties to complete briefing on Life Protect's Motion to Dismiss (Dkt. No. 26).

After considering the same, it is hereby ORDERED that the joint motion is GRANTED.

Accordingly, the deadlines are amended as follows:

- Plaintiff shall file her Response to Defendant's Motion to Dismiss on or before January 11, 2021;

- Defendant shall file its Reply in support of its Motion to Dismiss on or before January 19, 2021.

It is so ORDERED.

SIGNED on this 29th day of December, 2020.

_____
Kenneth M. Hoyt
United States District Judge