**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**Terri Pepper**,

                Plaintiff,

v.

**Life Protect 24/7, Inc. d/b/a**
**Life Protect 24/7,**

                Defendant.

Case No. 4:20-cv-02154

## ORDER

AND NOW, upon review of Defendant Life Protect 24/7, Inc.'s motion to dismiss

Plaintiff's Second Amended Complaint and Plaintiff Terri Pepper's response thereto, it is hereby

ORDERED that Defendant's motion to dismiss is DENIED.


By The Court:

_____

, J.