UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-02154 |
|---|---|---|---|

Terry Pepper

*versus*

Life Protect 24/7, Inc. d/b/a Life Protect 24/7

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bridget C. DuPey<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202<br>Telephone: 303-223-1100; Email: BDupey@bhfs.com<br>US District Court for the District of Colorado: CO 53598 |

| Name of party applicant seeks to appear for: | Life Protect 24/7, Inc. d/b/a Life Protect 24/7 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/3/2021 | Signed: | /s/ Bridget C. DuPey |
|---|---|---|

The state bar reports that the applicant's status is: In Good Standing (see attached Certificate of Good Standing)

Dated:         Clerk's signature

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
United States District Judge