Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TERRI PEPPER, | § § | |
| Plaintiff, | § § | Civil Action No. 4:20-cv-02154 |
| v. | § § | |
| LIFE PROTECT 24/7, INC d/b/a LIFE PROTECT 24/7., | § § § § | |
| Defendant. | § § § | |

## STIPULATION TO DISMISS WITH PREJUDICE

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice of this action and with each party to bear its own costs and fees.

/s/ *Matthew C. Arentsen*
Matthew C. Arentsen
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303-223-1100
Email: marentsen@bhfs.com
Attorney for the Defendant

Date: July 19, 2021

/s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: jginsburg@creditlaw.com
Attorney for the Plaintiff

Date: July 19, 2021

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Matthew C. Arentsen
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303-223-1100
Email: marentsen@bhfs.com
Attorney for the Defendant

DATED:  July 19, 2021                /s/ *Jacob U. Ginsburg*
                                     Jacob U. Ginsburg Esq.
                                     Kimmel & Silverman, P.C.
                                     30 East Butler Pike
                                     Ambler, PA 19002
                                     Tel: 215-540-8888
                                     Fax: 215-540-8817
                                     Email:jginsburg@creditlaw.com
                                     Attorney for Plaintiff